# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY A. MARQUEZ,<br><br>Petitioner,<br>v.<br><br>DWIGHT NEVEN, WARDEN, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00073-RCJ-WGC<br><br>**ORDER** |

Good cause appearing, Petitioner Johnny A. Marquez's unopposed first Motion for Extension of Time (ECF No. 12) is GRANTED. Petitioner has until January 25, 2021, to file a second amended petition for writ of habeas corpus.

DATED: November 24, 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1