# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY A. MARQUEZ,<br><br>          Petitioner,<br>     v.<br><br>DWIGHT NEVEN, WARDEN, *et al.*,<br><br>          Respondents. | Case No. 3:20-cv-00073-RCJ-WGC<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Johnny A. Marquez's unopposed second Motion for Extension of Time (ECF No. 14) is GRANTED. Marquez has until March 11, 2021, to file a second amended petition for writ of habeas corpus.

DATED this 25th day of January, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE