AARON D. FORD
  Attorney General
Adam M. Solinger (Bar. No. 13963)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., #3900
Las Vegas, NV 89101
(702) 486-2625 (phone)
(702) 486-2377 (fax)
ASolinger@ag.nv.gov
Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY MARQUEZ,<br><br>   Petitioner,<br><br> vs.<br><br>DWIGHT NEVEN, et al,<br><br>   Respondents. | Case No. 3:20-cv-00073-RCJ-WGC<br><br>**ORDER FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO §2254 PETITION (ECF NO. 20)**<br><br>**(FIRST REQUEST)** |

Respondents move this Court for an enlargement of time of 60 days from the current due date of June 25, 2021, up to and including August 25, 2021 in which to file their Response to Petitioner Johnny Marquez's §2254 Petition (ECF No. 20). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the first enlargement of time sought by Respondents to file this response, and the request is brought in good faith and not for the purpose of delay.

DATED: June 25, 2021.

                              Submitted by:

                              AARON D. FORD
                              Attorney General

                              By: /s/ Adam Solinger
                                  Adam M. Solinger (Bar. No. 13963)
                                  Deputy Attorney General

# **DECLARATION OF ADAM M. SOLINGER**

STATE OF NEVADA	)
			) ss:
COUNTY OF CLARK	)

I, ADAM M. SOLINGER, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada, and I am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I am assigned to represent Respondents in *Johnny Marquez v. Dwight Neven, et al.*, Case No. 3:20-cv-00073-RCJ-WGC and as such, have personal knowledge of the matters contained herein.

2. This Motion is made in good faith and not for the purpose of delay.

3. The response to the petition is currently due June 25, 2021.

4. For new federal habeas cases, part of our process involves obtaining the records from the state district court. Throughout the COVID-19 pandemic, many state courts were operating with reduced staff or staff working remotely, resulting in delayed responses to our timely records requests. As things continue to return to standard business practices, obtaining the court records continues to take longer as staff returns to normal processes and the courts work through existing backlogs. Despite ordering the records after being served with the instant petition, my legal researcher just finished gathering the state court record last week. As a result, we need additional time to compile and redact the record before it can be filed in this Court.

5. In addition to the delay with the records, I have recently accepted a transfer to the criminal prosecutions division in our office. As a result, this case will be reassigned to another deputy attorney general who will finalize the index of records and the response to the petition. I am requesting this extension to allow that individual to have time to familiarize themselves with this case, and to complete any of their own existing deadlines in their current caseload.

6. I have emailed counsel for the petitioner, Jeremy Baron, and he has no objection to my request for 60 additional days.

/ / /

/ / /

/ / /

7. Based on the foregoing, I respectfully request an enlargement of time of 60 days, up to and including August 25, 2021, to file the response to the Petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this Friday, June 25, 2021.

/s/ Adam Solinger
Adam M. Solinger (Bar No. 13963)
Deputy Attorney General

**ORDER**

**IT IS SO ORDERED.**

*[signature]*

**ROBERT C. JONES**
**United States District Judge**
**Dated: June 25, 2021.**