# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHNNY A. MARQUEZ,

                        Petitioner,

   v.

DWIGHT NEVEN, WARDEN, *et al.*,

                      Respondents.

Case No. 3:20-cv-00073-RCJ-WGC

**ORDER**

Good cause appearing, Respondents' unopposed second Motion for Extension of Time (ECF No. 26) is GRANTED.  Respondents have until October 8, 2021, to answer or otherwise respond to Petitioner's second amended petition for writ of habeas corpus.

DATED:  September 29, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE