# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHNNY A. MARQUEZ,

        Petitioner,

v.

FERNANDIES FRAZIER,[1] *et al.*,

        Respondents.

Case No. 3:20-cv-00073-RCJ-CSD

**ORDER**

    Good cause appearing, IT IS HEREBY ORDERED that Respondents' second unopposed motion for enlargement of time to file an answer to the second amended petition (ECF No. 52) is GRANTED. Respondents have until January 3, 2023, to file an answer to the second amended petition.

    IT IS FURTHER ORDERED that the Clerk of the Court is directed to substitute Fernandies Frazier for respondent Renee Baker.

    DATED this _21st____ day of November 2022.

                                      ROBERT C. JONES
                                      UNITED STATES DISTRICT JUDGE

---

[1] According to the state corrections department's inmate locator page, Marquez is incarcerated at Northern Nevada Correctional Center. The department's website reflects Fernandies Frazier is the warden for that facility. Northern Nevada Correctional Center Facility | Nevada Department of Corrections (nv.gov). The Court will therefore direct the clerk of the court to substitute Fernandies Frazier for Respondent Renee Baker under Rule 25(d) of the Federal Rules of Civil Procedure.