# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOHNNY A. MARQUEZ,

Petitioner,

v.

FERNANDIES FRAZIER, *et al*.,

Respondents.

Case No. 3:20-cv-00073-RCJ-CSD

**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed third Motion for Enlargement of Time (ECF No. 54) is GRANTED.  Respondents have until February 17, 2023, to answer to the second amended petition.

DATED:  January 4, 2023

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE