# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY A. MARQUEZ,<br><br>　　　　　　　Petitioner,<br>v.<br>FERNANDIES FRAZIER, *et al.*,<br>　　　　　　　Respondents. | Case No. 3:20-cv-00073-RCJ-CSD<br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed fourth Motion for Enlargement of Time (ECF No. 57) is GRANTED. Respondents have until April 3, 2023, to file their answer to the second amended petition.

　　　DATED: February 21, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE