# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY A. MARQUEZ,<br><br>Petitioner,<br>v.<br><br>FERNANDIES FRAZIER, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00073-RCJ-CSD<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Petitioner Johnny A. Marquez's unopposed first Motion for Enlargement of Time (ECF No. 61) is GRANTED. Petitioner has until August 31, 2023, to file his reply to the second amended petition.

DATED: June 6, 2023

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1