**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY A. MARQUEZ,<br><br>                Petitioner,<br>v.<br><br>FERNANDIES FRAZIER, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00073-RCJ-CSD<br><br>**ORDER** |

    Good cause appearing, IT IS HEREBY ORDERED that Petitioner Johnny A. Marquez's unopposed second Motion for Enlargement of Time (ECF No. 63) is GRANTED. Petitioner has until September 29, 2023, to file his reply to the second amended petition.

    DATED: September 6, 2023

                                                                                  _____<br>
                                                                          ROBERT C. JONES<br>
                                                                          UNITED STATES DISTRICT JUDGE